IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SAMUEL L. WHITESIDE, #24366-038,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No. 21-806-JPG |
| ) | |
| **KATHY HILL, DAN SPROUL,** ) | |
| **J. LeCLAIR, GUY PAGLI,** ) | |
| **KATHERINE SIEREVELD,** ) | |
| **MICHAEL D. CARVAJAL,** ) | |
| **RUSSELL WYATT,** ) | |
| **MIRANDA FAUST, and** ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>NOTICE OF IMPENDING DISMISSAL</u>

**GILBERT, District Judge:**

This matter is before the Court for case management. Plaintiff Samuel Whiteside filed this case in the Circuit Court for the First Judicial Circuit, Williamson County, and it was properly removed to this Court on July 14, 2021. (Doc. 1). Plaintiff is a federal inmate who was incarcerated at the United States Penitentiary in Marion, Illinois (USP-Marion) when he brought this case.

The Clerk of Court instructed Plaintiff on July 15, 2021, that he must notify the Court within seven days if his address changes, and that failure to do so could result in the dismissal of the case. (Doc. 4). *See* SDIL-LR 3.1(b). Subsequently, Defendants filed a Motion to Substitute Party and Plaintiff responded. (Docs. 6, 9).

On March 31, 2022, the Court ruled on the motion, conducted a threshold merits review of the Complaint, and ordered service on the Defendants. (Doc. 10). Copies of that Order and the Summonses were mailed to Plaintiff, but they along with another envelope were returned as undeliverable on April 18, 2022. (Docs. 13, 14). Plaintiff has not submitted a change of address to

1

the Clerk of Court.

Plaintiff is **THEREFORE ORDERED** to provide the Court with his current address within **14 days** of the date of entry of this Order (**on or before May 5, 2022**). Failure to comply with this Order **will result in dismissal** of this action with prejudice for want of prosecution, under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is **DIRECTED**, as a one-time courtesy, to send a copy of this Order to Plaintiff at the Federal Correctional Institution at Terre Haute, Indiana, where he is now housed according to the online inmate locator of the Federal Bureau of Prisons, as well as to his address of record at USP-Marion. *See* https://www.bop.gov/inmateloc/ (last visited April 20, 2022).

Plaintiff shall note that if he wishes to obtain copies of any documents from the Court's docket, he must send prepayment in the amount of $0.50 per page to the Clerk of Court along with his request. *See* 28 U.S.C. § 1914(b).

**IT IS SO ORDERED.**

**DATED:  4/21/2022**

                                                *s/  J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **United States District Judge**